AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES III, JOHN E. | US COURT-MIDDLE DISTRICT OF PA | 02/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE NOMINEE | X Nomination, Date 02/28/2002    Initial   Annual   Final | 01/01/2001 to 02/28/2002 |

**7. Chambers or Office Address**

ROUTE 61 NORTH

PO BOX 149

POTTSVILLE, PA 17901

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

|   | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
|   | NONE (No reportable positions.) | |
| 1 | DIRECTOR | * UNION BANK & TRUST CO. |
| 2 | DIRECTOR & OFFICER | FAMILY BUSINESS AND 8 AFFILIATED CORPORATIONS |
| 3 | CHAIRMAN | * PENNSYLVANIA LIQUOR CONTROL BOARD |

## II. AGREEMENTS   (Reporting individual only; see pp. 14-16 of Instructions.)

|   | DATE | PARTIES AND TERMS |
|---|---|---|
|   | NONE (No reportable agreements.) | |
| 1 | | JOHN JONES & ASSOCIATES (LAW PRACTICE) - PRACTICE WILL BE SOLD TO CURRENT ASSOCIATE UPON CONFIRMATION. |
| 2 | | SEP/IRA - WILL BE CONVERTED TO TRADITIONAL IRA UPON CONFIRMATION. |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

|   | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
|   | NONE (No reportable non-investment income.) | | |
| 1 | 2000 | LAW PRACTICE GROSS RECEIPTS | 358,915.00 |
| 2 | 2001 | LAW PRACTICE GROSS RECEIPTS | 633,392.00 |
| 3 | 2002 | LAW PRACTICE GROSS RECEIPTS | 75,522.00 |
| 4 | 2000 | DIRECTORS FEES - UNION BANK & TRUST CO. | 3,146.00 |

### EXHIBIT "D"

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

# VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
    0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  BUNKER HILL GOLF COURSE INC.-FAMILY BUSINESS | A | Distribution | N | W | EXEMPT | | | | |
| 2  WILLOW HOLLOW GOLF COURSE INC.-FAMILY BUSINESS | A | Distribution | M | W | EXEMPT | | | | |
| 3  WEDGEWOOD GOLF COURSE INC.-FAMILY BUSINESS | B | Distribution | O | W | EXEMPT | | | | |
| 4  HIDDEN VALLEY GOLF COURSE INC.-FAMILY BUSINESS | B | Distribution | M | W | EXEMPT | | | | |
| 5  FAIRVIEW GOLF COURSE INC.-FAMILY BUSINESS | B | Distribution | M | W | EXEMPT | | | | |
| 6  AUBURN GOLF CAR CO. INC.-FAMILY BUSINESS | A | Distribution | K | W | EXEMPT | | | | |
| 7  PARKWAY ANTHRACITE INC.-FAMILY BUSINESS | A | Distribution | J | W | EXEMPT | | | | |
| 8  PAT MAR CO. INC.-FAMILY BUSINESS | A | Distribution | M | W | EXEMPT | | | | |
| 9  1ST NATIONAL BANK OF CHEROKEE-CD IRA | A | Interest | J | T | EXEMPT | | | | |
| 10  PROVIDIAN NATIONAL BANK-CD IRA | B | Interest | K | T | EXEMPT | | | | |
| 11  UNION BANK M/M FD IRA | A | Dividend | K | T | EXEMPT | | | | |
| 12  GERMANY FUND-MUTUAL FUND IRA | A | Dividend | J | T | EXEMPT | | | | |
| 13  GERMANY FUND (NEW)-MUTUAL FUND IRA | A | Dividend | J | T | EXEMPT | | | | |
| 14  CATS SERIES P IRA | A | Interest | J | T | EXEMPT | | | | |
| 15  GAM-COMMON STOCK IRA | A | Dividend | J | T | EXEMPT | | | | |
| 16  MTB-COMMON STOCK IRA | A | Dividend | J | T | EXEMPT | | | | |
| 17  STRD-COMMON STOCK IRA | A | Dividend | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  UNION BANK M/M FD IRA | A | Dividend | J | T | EXEMPT | | | | |
| 19  NATIONWIDE-ANNUITY | A | Interest | J | T | EXEMPT | | | | |
| 20  FIRST UNION BANK-CHECKING | A | None | J | T | EXEMPT | | | | |
| 21  UNION BANK & TRUST CO.-CHECKING | A | Interest | M | T | EXEMPT | | | | |
| 22  QUALITY VENDING INC.-50% INTEREST | C | Distribution | L | W | EXEMPT | | | | |
| 23  LOAN RECEIVABLE-PHOENIX CONTRACTING | A | Interest | M | T | EXEMPT | | | | |
| 24  UBPTE-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 25  UBPTE-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 26  UBPTE-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 27  NATIONWIDE M/M FD. | A | Dividend | J | T | EXEMPT | | | | |
| 28  DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | EXEMPT | | | | |
| 29  OPPENHEIMER CAPITAL APPRE. FD. | A | Dividend | J | T | EXEMPT | | | | |
| 30  OPPENHEIMER GLOBAL FUND | A | Dividend | J | T | EXEMPT | | | | |
| 31  GE COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 32  NASDAQ 100 SHARES-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 33  SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 34  TARGET CORP.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,000-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 02/28/2002 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 TYCO INTERNATIONAL LTD-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 36 LEGG MASON M/M FD. | A | Dividend | J | T | EXEMPT | | | | |
| 37 AT&T-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 38 AT&T WIRELESS-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 39 ASTRAZENECA PLC-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 40 CISCO SYSTEMS INC-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 41 COACH INC.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 42 FULTON FINANCIAL CORP. | A | Dividend | J | T | EXEMPT | | | | |
| 43 UIT FIRST TRUST COMM. SVCES.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 44 LEGG MASON VALUE TRUST-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 45 ABITI CONSOLIDATED-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 46 CROWN CORK & SEAL CO.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 47 CARPENTER TECHNOLOGY-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 48 HUBBELL INC. CLB-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 49 IMC GLOBAL CORP.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 50 NATIONAL SVC. IND. INC.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 51 PHELPS DODGE CORP.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 HI=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|---|

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
|---|---|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | if not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  PETROLEUM GEO SVCS.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 53  USG CORP.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 54  BROOKSTREET SECURITIES CORP.-M/M FD. | B | Dividend | K | T | EXEMPT | | | | |
| 55  FIRST UNION SECURITIES-M/M FD. | A | Dividend | J | T | EXEMPT | | | | |
| 56  STRATEGIC DISTRIBUTION-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 57  BARRISTER GLOBAL SVCS.NETWORK-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 58  FIRST CHESAPEAKE FINANCIAL CORP.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 59  STRATEGIC DISTRIBUTION INC.-COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 60  FIDELITY AGGRESSIVE GROWTH FUND | A | Dividend | J | T | EXEMPT | | | | |
| 61  FIDELITY BLUE CHIP GROWTH FUND | A | Dividend | J | T | EXEMPT | | | | |
| 62  JANUS TWENTY FUND | A | Dividend | J | T | EXEMPT | | | | |
| 63  U.S. TREASURY NOTE-IRA | A | Interest | K | T | EXEMPT | | | | |
| 64  CATS SERIES P ZERO COUPON BOND-IRA | A | Interest | J | T | EXEMPT | | | | |
| 65  ABM COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 66  AHP COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 67  AV COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 68  BK COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 BMY COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 70 CRS COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 71 CVX COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 72 CPQ COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 73 CAG COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 74 CCK COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 75 DD COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 76 EAS COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 77 XOM COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 78 FCFK COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 79 FULT COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 80 GAM COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 81 GE COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 82 HON COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 83 HUM COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | - |
| 84 K COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 85 KEY COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  KMB COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 87  LG COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 88  LV COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 89  MTB COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 90  MBNK COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 91  MRK COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 92  MMM COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 93  NXL COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 94  BOH COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 95  PTV COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 96  JCP COMMON STOCK-IRA | A | Dividend | K | T | EXEMPT | | | | |
| 97  PEP COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 98  PFE COMMON STOCK-IRA | A | None | K | T | EXEMPT | | | | |
| 99  SFE COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 100  SPI COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 101  STRD COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 102  TE COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
|---|---|---|---|---|---|

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
|---|---|---|---|---|

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103   TYC COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 104   UL COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 105   VZ COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 106   WFSL COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 107   WMI COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 108   2MH COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 109   UBPTE COMMON STOCK-IRA | A | Dividend | J | T | EXEMPT | | | | |
| 110   DISCOVER BANK OF DE-CD-IRA | B | Interest | J | T | EXEMPT | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART I

     * I WILL TERMINATE THIS RELATIONSHIP UPON CONFIRMATION AS JUDGE.

PART VII

     THE STOCK IN QUALITY VENDING INC. IS IN THE PROCESS OF BEING SOLD TO THE OTHER STOCKHOLDER OR A THIRD PARTY.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JONES III, JOHN E. | 02/28/2002 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART I

     * I WILL TERMINATE THIS RELATIONSHIP UPON CONFIRMATION AS JUDGE.

PART VII

     THE STOCK IN QUALITY VENDING INC. IS IN THE PROCESS OF BEING SOLD TO THE OTHER STOCKHOLDER OR A THIRD PARTY.

## SECTION HEADING. (Indicate part of report.) —

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | PRESIDENT ELECT | * NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION |
| 5 | OWNER | * PROPRIETORSHIP LAW PRACTICE |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | DIRECTORS FEES - UNION BANK & TRUST CO. | 3,895.00 |
| 6 | 2002 | DIRECTORS FEES - UNION BANK & TRUST CO. | 0.00 |
| 7 | 2000 | FEES - NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION | 1,253.00 |
| 8 | 2001 | FEES - NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION | 0.00 |
| 9 | 2002 | FEES-NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION | 0.00 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | JONES III, JOHN E. | 02/28/2002 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | PRESIDENT ELECT | * NATIONAL ALCOHOL BEVERAGE CONTROL ASSOCIATION |
| 5 | OWNER | * PROPRIETORSHIP LAW PRACTICE |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | DIRECTORS FEES - UNION BANK & TRUST CO. | 3,895.00 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date  2-28-02

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 243 | 003 | Notes payable to banks-secured – Vehicle | | 19 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 156 | 588 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | 2 | 154 | 570 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due – Credit Cards | | 6 | 500 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others – Phoenix Contracting – Clients | | 141 | 466 83 000 | Other unpaid income and interest | | | |
| Doubtful – Clients | | (41 | 500) | Residence – Union Bank Real estate mortgages payable-add schedule | | 180 | 000 |
| Real estate owned-add schedule – Residence | | 310 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 135 | 000 | Margin A/C – Fidelity Invest. | | 3 | 046 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Vested Pension PSERS Annuity – Nationwide – Joint | | 17 2 | 822 090 | | | | |
| IRA – Union Bank | | 14 | 762 | | | | |
| SEPIRA – Union Bank | | 545 | 698 | Total liabilities | | 208 | 546 |
| Equipment – Law Practice | | 5 | 000 | Net Worth | 3 | 559 | 053 |
| Total Assets | 3 | 767 | 599 | Total liabilities and net worth | 3 | 767 | 599 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | | Are any assets pledged? (Add schedule) No | | | |
| On leases or contracts | | 0 | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | | 0 | | Have you ever taken bankruptcy? No | | | |
| Provision for Federal Income Tax | | 0 | | | | | |
| Other special debt | | 0 | | | | | |

EXHIBIT "E"